No. 80–2105.   CONNER *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 80–2108.   TUCKER ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 80–2109.   CLARK ET AL. *v.* UNITED STATES.   Ct. Cl. Certiorari denied.

No. 80–2113.   J. W. BATESON, INC. *v.* UNITED STATES. Ct. Cl.   Certiorari denied.

No. 80–2115.   SILKWOOD, BY SILKWOOD, ADMINISTRATOR, ET AL. *v.* KERR-MCGEE CORP. ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 80–2118.   DRENNAN *v.* SECURITY PACIFIC NATIONAL BANK.   Sup. Ct. Cal.   Certiorari denied.

No. 80–2119.   CRONEN *v.* CITY OF GALENA PARK, TEXAS. Ct. Civ. App. Tex., 1st Sup. Jud. Dist.   Certiorari denied.

No. 80–2121.   MARTIN *v.* GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 80–2123.   WHITT *v.* PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 80–2124.   AMBASSADOR COLLEGE, INC., ET AL. *v.* MCELROY.   Ct. App. Wis.   Certiorari denied.

No. 80–2125.   ALLEN ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.